UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ANTHONY JACKSON, JR., TANYA
JACKSON AND ANJELICA JACKSON

       Plaintiff,

vs.

CARNIVAL CORPORATION

       Defendant

_____/

CASE NO.: 1:20-cv-25170

## COMPLAINT

Plaintiffs hereby sue Defendant, and allege as follows:

## NATURE OF THE CASE

1.    This is a suit for breach of a maritime contract, and maritime negligence.

## JURISDICTION AND VENUE

2.    Jurisdiction over Plaintiffs' claims is proper pursuant to the admiralty, and maritime jurisdiction of this Court.

3.    Venue is proper in this district, pursuant to the contract between the parties, attached hereto as Exhibit 'A".

## **PARTIES**

4. Plaintiffs are individuals of full age and majority, domiciled in and residing in Orleans Parish, State of Louisiana.

5. Carnival Corporation (hereinafter "Carnival") is a corporation incorporated under the laws of Panama having its principal place of business in Florida, and doing business as Carnival Cruise Lines.

6. Defendant Carnival, at all times material hereto, individually or through an agent:

   a. Operated, conducted, engaged in or carried on a business venture in this state and county or had an office or agency in this state and county;

   b. Was engaged in substantial activity within this state;

   c. Operated vessels in waters of this state;

   d. Committed one or more of the acts set forth in Florida Statutes, Sections 48.081, 48.181, or 48.193;

   e. The acts of Carnival set out in this Complaint occurred in whole or in part in this county and state.

   f. Carnival was engaged in the business of providing to the public and to the Plaintiffs in particular, for compensation, vacation cruises aboard their vessel.

7. At all times material hereto, Carnival, owned, operated, managed, maintained, and controlled the vessel Glory, and the vessel Legend.

8. The defendant is liable unto Anthony Jackson, Jr., Tanya Jackson, and Anjelica Jackson, for all damages reasonable under the premises of this lawsuit, for the following reasons:

## **FACTS**

9. On December 15, 2019, Plaintiffs departed on the Carnival Cruise Ship Glory. They cruised to Montego Bay, Jamaica, and Grand Cayman, and then Cozumel, Mexico.

10. While docked in Cozumel at around 8:00 a.m. on December 20, 2019, another Carnival Cruise Ship, the Legend, hit the stern of the Glory causing extensive damage to the right rear of the Glory.

11. Plaintiffs Anthony Jackson, Jr., Tanya Jackson, and Angelica Jackson were in their staterooms when the collision occurred.

12. Anthony Jackson was sleeping when the collision occurred and he was knocked to the floor. He suffered injuries to his neck, left and right shoulder, lower back, and experienced dizziness.

13. Tanya Jackson was knocked to the floor and landed on her buttocks. She suffered injuries to her lower back and left hip.

14. Angelica Jackson suffered injuries to her neck and upper back.

15. As a result of the accident all Plaintiffs suffered bodily injury damages, including, but not limited to, cervical, thoracic, and lumbar spine injuries, and incurred the following damages:

(a) Past and future medical expenses;

(b) Past, present and future physical pain and suffering and loss of function;

(c) Past, present and future mental anguish and emotional distress; and

(d) Loss of enjoyment of life.

## **COUNT I – BREACH OF MARITIME CONTRACT**

16. Plaintiffs re-allege all prior paragraphs as if fully set forth herein.

17. Plaintiffs and Defendant entered into a contract whereby plaintiffs were to be provided a safe cruise vacation, which included safe passage and safe living conditions.

18. Defendant materially breached this contract with Plaintiffs by failing to provide safe passage and living conditions.

19. As a result of Defendant's breach of contract, Plaintiffs suffered serious physical injuries as set forth in Count II, below.

## **COUNT II - NEGLIGECE OF DEFENDANT**

20. Plaintiffs re-allege all prior paragraphs as though fully set forth herein.

21. Carnival owed a duty to Plaintiffs to provide reasonable and ordinary care under the circumstances, and to provide safe passage and lodging on a seaworthy vessel.

22. On or about December 20, 2019, Carnival, its agents, servants, contractors, and employees breached their duty of care to Plaintiffs in the following particulars:

   (a) Negligently causing the vessel collision that was the direct and proximate cause of Plaintiffs' injuries and damages.

   (b) Negligently hiring, contracting with, training, and retaining persons, personnel, or other entities, including, but limited to, the captains of both vessels involved in the collision that is the subject of this Complaint.

   (c) Failing to properly maintain either or both vessels that are the subject of this Complaint.

(d) Failing to have proper procedures in place to avoid collisions such as the one that is the subject of this Complaint.

(e) Failing to observe and obey rules, regulations, and statutes related to the rights of way for vessels under the circumstances that are the subject of this Complaint.

**WHEREFORE**, Plaintiffs, Anthony Jackson Jr., Tanya Jackson, and Angelica Jackson, pray that there be a judgment in favor of Plaintiffs and against all Defendants jointly, severally and *in solido*, for all damages reasonable under the premises of this lawsuit, together with legal interest thereon from the date of judicial demand, and for all costs of these proceedings, including, but not limited to, expert witness fees, and for all such general and equitable relief as law and equity allow and as deemed necessary and proper by this Honorable Court.

s/Edward A. Doskey
DOSKEY LAW, P.L.C.
Florida Bar No.: 0127360
Notice Attorney for Plaintiffs
807 Howard Ave.
New Orleans, LA  70113
Phone: (504) 684-4473
Fax:  (504) 234-2398
Email:  ed@doskeylaw.com

s/Frank A. Bruno
Louisiana Bar No. 03602
807 Howard Avenue
New Orleans, LA 70113
Phone: (504) 523-3593
FAX: (504) 523-4161
Phone:  (888) 529-9892
Email: frank@fabruno.com